# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN ANTOINE BANKS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78192

**FILED**

MAR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying "deft's motion for production on audio/visual recording of jury trial held on October 29, 2012." Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for production of audio or visual recording of a jury trial, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

___Pickering___, J.
Pickering

___Parraguirre___, J.
Parraguirre

___Cadish___, J.
Cadish

19-12846

cc:    Hon. Douglas Smith, District Judge
Kevin Antoine Banks
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A